

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00852-CV

**IN RE** Abe Ray **HERRERA**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2006147
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: February 1, 2023

DISMISSED FOR WANT OF JURISDICTION

On December 19, 2022, Appellant Abe Ray Herrera, representing himself, filed a notice of appeal. On December 30, 2022, we advised Appellant that the clerk's record does not contain an appealable judgment or order. *See Queen v. State*, 212 S.W.3d 619, 623 (Tex. App.—Austin 2006, no pet.) (citing *Glover v. State*, No. 12-05-00189-CR, 2005 WL 1538228, at *1 (Tex. App.—Tyler June 30, 2005, no pet.)). We explained that "claims such as [his] would seem more properly brought by way of a petition for writ of habeas corpus." *Queen*, 212 S.W.3d at 623 (citing TEX. CODE CRIM. PROC. ANN. art. 11.01). But "even if we could interpret his claims as seeking extraordinary relief, we lack original jurisdiction over petitions for writ of habeas corpus, which must be brought in the court of criminal appeals, district courts, or county courts." *Id*. (citing TEX. CODE CRIM. PROC. ANN. art. 11.05). We ordered Appellant to show cause in writing by January

16, 2023, why this appeal should not be dismissed for want of jurisdiction. On January 9, 2023, Appellant responded with a copy of a petition for writ of habeas corpus. As previously noted, "we lack original jurisdiction over petitions for writ of habeas corpus, which must be brought in the court of criminal appeals, district courts, or county courts." *Id*. (citing TEX. CODE CRIM. PROC. ANN. art. 11.05). Accordingly, we dismiss Appellant's appeal for want of jurisdiction without prejudice to future appeals.

PER CURIAM